UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                         :

UNITED LAUNCH ALLIANCE, LLC,       :

                    Plaintiff,   :

                                           :                24 Civ. 1582 (LGS)

         -against-         :

                                         :                   ORDER

FACTORY MUTUAL INSURANCE     :
COVERAGE, et al.,             :

                  Defendants. :

                                       :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on August 7, 2024.  As discussed at the conference, it is hereby

      **ORDERED** that, by **August 14, 2024**, the parties shall file their proposed protective order regarding non-Controlled Defense Information.  It is further

      **ORDERED** that, by **August 14, 2024**, the parties shall file a proposed amended case management plan and scheduling order, accompanied by a joint letter explaining the reasoning for any proposed changes.

Dated: August 8, 2024
      New York, New York

                                   LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE