UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED LAUNCH ALLIANCE, LLC,

                             Plaintiff,

             -against-

FACTORY MUTUAL INSURANCE COVERAGE, et al.,

                            Defendants.
------------------------------------------------------------X

24 Civ. 1582 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated August 16, 2024, a conference is scheduled for October 30, 2024.  It is hereby

    **ORDERED** that the conference is **adjourned** to **November 6, 2024, at 4:20pm**.

Dated: October 24, 2024
       New York, New York

                                             LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE