UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
UNITED LAUNCH ALLIANCE, LLC,    :
                Plaintiff,    :
      :    24 Civ. 1582 (LGS)
    -against-    :
      :    <u>ORDER</u>
FACTORY MUTUAL INSURANCE    :
COVERAGE, et al.,    :
                Defendants.  :
      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated October 24, 2024, a conference is scheduled for November 6, 2024, at 4:20pm.  It is hereby

    **ORDERED** that the conference is **adjourned** to **November 6, 2024, at 4:35 pm**.

Dated: November 4, 2024
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**