UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED LAUNCH ALLIANCE, LLC,
                      Plaintiff,

          -against-

FACTORY MUTUAL INSURANCE
COVERAGE, et al.,
                      Defendants.
------------------------------------------------------------X

24 Civ. 1582 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 6, 2024. As discussed at the conference, it is hereby

**ORDERED** that, by **December 4, 2024**, the parties shall file their proposed protective order regarding Controlled Defense Information ("CDI"). It is further

**ORDERED** that, by **December 4, 2024**, the parties shall file a proposed case management plan and scheduling order regarding CDI discovery. It is further

**ORDERED** that the pre-motion conference scheduled for November 13, 2024, is **CANCELLED**.

Dated: November 7, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE