| | |
|---|---|
| UNITED LAUNCH ALLIANCE, LLC<br><br>                    Plaintiff,<br>     v.<br><br>FACTORY MUTUAL INSURANCE COVERAGE, WESTPORT INSURANCE CORPORATION, INTERSTATE FIRE & CASUALTY, HAMILTON RE. LTD., LEXINGTON INSURANCE COMPANY, XL INSURANCE AMERICA INC., NATIONAL FIRE & MARINE COMPANY, ACE AMERICAN INSURANCE COMPANY, LLOYD'S OF LONDON LIMITED, SCOR CO. LIMITED, OIL CASUALTY INSURANCE CO., ALLIED WORLD ASSURANCE COMPANY, ENDURANCE-SPECIALTY INSURANCE LTD., LIBERTY SPECIALTY INSURANCE, STARR SURPLUS LINES INSURANCE COMPANY, MARKEL BERMUDA LIMITED, & HELVETICA SWISS INSURANCE LTD.<br><br>                    Defendants. | 1:24-civ-1582 (LGS)<br><br>NOTICE OF SETTLEMENT IN PRINCIPLE |

Plaintiff United Launch Alliance ("ULA") and Defendant Factory Mutual Insurance ("FM") hereby notify this Court that ULA and FM reached an agreement in principle to settle the lawsuit. The parties are working on a settlement agreement, and pending execution of that agreement and payment of the settlement amount, ULA will voluntarily dismiss its claims against FM with prejudice. In the interim, we request that the Court stay all deadlines in the case.

Respectfully submitted,

| | |
|---|---|
| McGuireWoods LLP<br><br>/s/ Lindsay Brandt Jakubowitz<br>Lindsay Brandt Jakubowitz<br>1251 Avenue of the Americas, 20th Floor | FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC<br><br>/s/ Robert F. Cossolini<br>Robert F. Cossolini |

<table>
<tr><td>

New York, New York 10020
(212) 548-2100
ljakubowitz@mcguirewoods.com

*Attorneys for Plaintiff*
*United Launch Alliance, LLC*

</td><td>

5 Penn Plaza, 23rd Floor
New York, New York 10001
(646) 378-2033
-and-
67 East Park Place, Suite 901
Morristown, New Jersey 07960
(973) 343-4960
robert.cossolini@finazzolaw.com

*Attorneys for Defendant*
*Factory Mutual Insurance Company*

</td></tr>
</table>

SO ORDERED.

Dated: _____
   New York, New York

_____
LORNA G. SCHOFIELD
United States District Judge