UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED LAUNCH ALLIANCE, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>FACTORY MUTUAL INSURANCE COVERAGE, WESTPORT INSURANCE CORPORATION, INTERSTATE FIRE & CASUALTY, HAMILTON RE. LTD., LEXINGTON INSURANCE COMPANY, XL INSURANCE AMERICA INC., NATIONAL FIRE & MARINE COMPANY, ACE AMERICAN INSURANCE COMPANY, LLOYD'S OF LONDON LIMITED, SCOR CO. LIMITED, OIL CASUALTY INSURANCE CO., ALLIED WORLD ASSURANCE COMPANY, ENDURANCE-SPECIALTY INSURANCE LTD., LIBERTY SPECIALTY INSURANCE, STARR SURPLUS LINES INSURANCE COMPANY, MARKEL BERMUDA LIMITED, & HELVETICA SWISS INSURANCE LTD.,<br><br>Defendants. | Civil Action No.: 1:24-cv-1582-LGS<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that this action be and the same hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, that facsimile and/or electronic copies of this Stipulation shall be deemed originals, and that this Stipulation may be filed with the Clerk of the Court without further notice to the parties.

This action is **dismissed** in full.  So Ordered.

Dated: February 4, 2025
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **McGUIRE WOODS LLP** | **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC** |
| By: _____<br>LINDSAY JAKUBOWITZ, ESQ.<br>1251 Avenue of the Americas,<br>20th Floor<br>New York, New York 10020<br>(212) 548-2100<br>*Attorneys for Plaintiff*<br>*United Launch Alliance, LLC* | By: _____<br>JONATHAN M. ZAGHA, ESQ.<br>5 Penn Plaza, 23rd Floor<br>New York, New York 10001<br>-and-<br>67 East Park Place, Suite 901<br>Morristown, New Jersey 07960<br>(973) 343-4960<br>*Attorneys for Defendant,*<br>*Factory Mutual Insurance Company* |
| Dated: February 3, 2025 | Dated: February 3, 2025 |